Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Angela Applegarth**
Debtor(s)

Bankruptcy Case No.: 14−10097−TPA
Related to Docket No. 56
Chapter: 13
Docket No.: 57 − 56
Concil. Conf.: December 6, 2016 at 03:00 PM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **November 14, 2016,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **November 29, 2016,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **December 6, 2016** at **03:00 PM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: September 27, 2016

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

```
United States Bankruptcy Court
Western District of Pennsylvania
In re:                                                                    Case No. 14-10097-TPA
Angela Applegarth                                                         Chapter 13
      Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-1           User: vson                  Page 1 of 2                  Date Rcvd: Sep 27, 2016
                               Form ID: 213                Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2016.
db            #+Angela Applegarth,    8 Stillwaggon Drive,    Lot 2,   Grove City, PA 16127-6454
cr             ECMC,   ECMC,   P.O. Box 16408,   St. Paul, MN 55116-0408
r             #+Terri Persch,   Grove city Realty,   109 South Broad Street,    Grove City, PA 16127-1522
13818635      +100 CAMBRIDGE ST,    SUITE 1600,   BOSTON, MA 02114-2518
13785632      +Acs/Brazos,   501 Bleecker St,   Utica, NY 13501-2401
13785633      +Aes/Brazos/Us Bank,    Po Box 2461,   Harrisburg, PA 17105-2461
13785634      +American Education Svc,    Po Box 2461,   Harrisburg, PA 17105-2461
13799530      +Andrew F. Gornall, Esquire,    KML Law Group, P.C.,   701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
13785635     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America, N.A.,    4161 Piedmont Pkwy,   Greensboro, NC 27410)
13785636      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
13785637      +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
14090206       ECMC,   PO Box 16408,   St. Paul, MN 55116-0408
13785640      +Fnb Cons Disc Co,   156 S Broad St,   Grove City, PA 16127-1523
13785643      +Gmac Mortgage,   3451 Hammond Ave,   Waterloo, IA 50702-5300
13785644      +Hsbc/Gatwy,   Po Box 703,   Wood Dale, IL 60191-0703
13785645      +M&I Home Lending,   1901 Bell Ave Ste 15,    Des Moines, IA 50315-1067
13785646      +Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
13799535     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,    350 Highland Dr,   Lewisville, TX 75067)
13785648     ++NEXTIER BANK,   SPECIAL ASSETS,   245 PITTSBURGH RD,    BUTLER PA 16001-3883
               (address filed with court: Nextier Bank,    Po Box 250,   Evans City, PA 16033)
13799536      +Ocwen Loan Servicing,   12650 Ingenuity Dr,    Orlando, FL 32826-2703
13785649      +Ocwen Loan Servicing L,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
13785650      +Ocwen Loan Servicing L,    3451 Hammond Ave,   Waterloo, IA 50702-5345
13785651      +P N C,   2730 Liberty Ave,   Pittsburgh, PA 15222-4704
13785652      +P S E C U,   Po Box 1006,   Harrisburg, PA 17108-1006
13785653      +Sears/Cbna,   Po Box 6283,   Sioux Falls, SD 57117-6283
13785655      +Sky Bank,   119 E Fifth St,   East Liverpool, OH 43920-3030
13785656      +Unvl/Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
13785657      +Us Dept Of Education,    Po Box 5609,   Greenville, TX 75403-5609
13785658      +Wffnatbank,   Po Box 94498,   Las Vegas, NV 89193-4498

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13806067      +E-mail/Text: bncmail@w-legal.com Sep 28 2016 01:43:12      ALTAIR OH XIII, LLC,
                C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13789863       E-mail/Text: mrdiscen@discover.com Sep 28 2016 01:42:24      Discover Bank,
                DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
13785638      +E-mail/Text: mrdiscen@discover.com Sep 28 2016 01:42:24      Discover Fin Svcs Llc,
                Po Box 15316,   Wilmington, DE 19850-5316
13785641      +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2016 01:36:58      Gecrb/Banana,   Po Box 965005,
                Orlando, FL 32896-5005
13785642      +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2016 01:36:58      Gecrb/Banana Rep,   Po Box 965005,
                Orlando, FL 32896-5005
13798678       E-mail/Text: bankruptcynotices@psecu.com Sep 28 2016 01:43:35      PSECU,   P.O. Box 67013,
                Harrisburg, PA 17106-7013
13785654      +E-mail/Text: ebnteam@sscu.net Sep 28 2016 01:43:29      Seven Seventeen Credit,
                3181 Larchmont Ave Ne,   Warren, OH 44483-2498
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE LLC
13799528*     +Aes/Brazos/Us Bank,    Po Box 2461,   Harrisburg, PA 17105-2461
13799529*     +American Education Svc,    Po Box 2461,   Harrisburg, PA 17105-2461
13785639*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Fia Csna,    Po Box 982235,   El Paso, TX 79998)
13799531*     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
13799532*     +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
13799533*     +Discover Fin Svcs Llc,    Po Box 15316,   Wilmington, DE 19850-5316
13799534*     +Gecrb/Banana Rep,   Po Box 965005,   Orlando, FL 32896-5005
13785647*    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage Ll,    350 Highland Dr,   Lewisville, TX 75067)
13870001*    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,    ATTN: Bankruptcy Department,
                P.O. Box 630267,   Irving, Texas 75063)
13799537*     +P S E C U,   Po Box 1006,   Harrisburg, PA 17108-1006
13799538*     +Unvl/Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
                                                                                 TOTALS: 1, * 11, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-1          User: vson              Page 2 of 2              Date Rcvd: Sep 27, 2016
                              Form ID: 213            Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2016 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Debtor Angela  Applegarth ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```