**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**In Re:**

| | | |
|---|---|---|
| | : | **Case No. 14-10097-TPA** |
| **Angela Applegarth,** | : | |
| Debtors | : | **Chapter 13** |
| | : | |
| **Angela Applegarth,** | : | |
| Movant | : | |
| S. S. No. xxx-xx- 5788 | : | **Related to Doc. No. 61** |
| | : | |
| v. | : | |
| **Special Metals,** | : | **WO-1** |
| Respondent | : | |
| | : | |

### CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER
### ALONG WITH THE NOTICE OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Shaina Little, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 22, 2016, I served a copy of the above-captioned pleading and within **Wage Attachment Order** dated November 17, 2016 together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: by United States mail, first class or electronic mail where indicated.

Executed on:  November 22, 2016         /s/ Shaina Little
                                        Shaina Little, Paralegal
                                        McElrath Legal Holdings, LLC
                                        1641 Saw Mill Run Boulevard
                                        Pittsburgh, PA 15210
                                        slittle@mcelrathlaw.com
                                        Tel: 412.765.3606
                                        Fax: 412.765.1917

## MATRIX OF PARTIES SERVED

Service by Electronic Notification:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Angela Applegarth
8 Stillwaggon Drive, Lot 2
Grove City, PA 16127

Special Metals
Attention: Payroll Administrator
99 Crestview Drive Extension
Transfer, PA 16154