**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**In Re:**

| | | |
|---|---|---|
| | : | **Case No. 14-10097-TPA** |
| **Angela Applegarth,** | : | |
| Debtors | : | **Chapter 13** |
| | : | |
| **Angela Applegarth,** | : | |
| Movant | : | |
| S. S. No. xxx-xx- 3976 | : | **Related to Doc. No. 67** |
| | : | |
| v. | : | |
| **Special Metals,** | : | **WO-1** |
| Respondent | : | |
| | : | |

CERTIFICATE OF SERVICE OF ORDER TERMINATING WAGE ATTACHMENT
ALONG WITH THE NOTICE OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Shaina Little, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 7, 2016, I served a copy of the above-captioned pleading and within Wage attachment **Order Terminating Payroll Deduction** dated December 14, 2016 together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: by United States mail, first class or electronic mail where indicated.

Executed on December 14, 2016

/s/ Shaina Little
Shaina Little, Paralegal
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210
slittle@mcelrathlaw.com
Tel: 412.765.3606
Fax: 412.765.1917

Service by Electronic Notification:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Angela Applegarth
870 N. Buhl Farm Drive
Hermitage, PA 16148

SPECIAL METALS
ATTENTION: PAYROLL ADMINISTRATOR
99 CRESTVIEW DRIVE EXTENSION
TRANSFER, PA 16154