# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | |
| Angela Applegarth, | : | **Case No. 14-10097-TPA** |
| Debtors | : | **Chapter 13** |
| | : | |
| Angela Applegarth, | : | |
| Movant | : | |
| S. S. No. xxx-xx- 5788 | : | **Related to Doc. No. 68** |
| | : | |
| v. | : | |
| Austin Rubber Company, | : | **WO-1** |
| Respondent | : | |
| | : | |

## CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER
## ALONG WITH THE NOTICE OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Shaina Little, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 7, 2016, I served a copy of the above-captioned pleading and within **Wage Attachment Order** dated December 14, 2016 together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: by United States mail, first class or electronic mail where indicated.

Executed on:  December 14, 2016      /s/ Shaina Little
                                      Shaina Little, Paralegal
                                      McElrath Legal Holdings, LLC
                                      1641 Saw Mill Run Boulevard
                                      Pittsburgh, PA 15210
                                      slittle@mcelrathlaw.com
                                      Tel: 412.765.3606
                                      Fax: 412.765.1917

## MATRIX OF PARTIES SERVED

Service by Electronic Notification:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Angela  Applegarth
870 N. Buhl Farm Drive
Hermitage, PA 16148

Austin Rubber Company
Attention: Rob Guerra
1100 Nueces Street
Austin, TX 78701