## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Angela Applegarth <br>            <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 14-10097 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 2510

                                            Respectfully submitted,

                                            **/s/ James C. Warmbrodt, Esquire**
                                            James C. Warmbrodt, Esquire
                                            jwarmbrodt@kmllawgroup.com
                                            Attorney I.D. No. 42524
                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106
                                            Phone: 215-825-6306
                                            Fax: 215-825-6406
                                            Attorney for Movant/Applicant