Case 14-10097-TPA    Doc 83    Filed 01/14/17    Entered 01/15/17 01:01:12    Desc Imaged
Certificate of Notice    Page 1 of 3

FILED
1/12/17 12:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 14-10097-TPA |
| Angela Applegarth, | : | |
| | : | Chapter No. 13 |
| Debtor | : | |
| _____ | : | |
| Paul W. McElrath, Esquire / | : | Related to Docket No. 79 |
| McElrath Legal Holdings, LLC, | : | |
| Applicant | : | |
| vs. | : | Hearing Date and Time: |
| | : | February 8, 2017 at 11:30 AM |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

**ORDER**

This matter is before the Court upon the *Application for Compensation* [Docket No. 79] (the "Application") filed by Paul W. McElrath, Esquire of McElrath Legal Holdings, LLC. Upon review of the *Application* and finding that no timely responses or objections were filed, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The *Application* is granted in the amount of $5,285.00 for fees and expenses incurred during the period of January 27, 2014 through December 22, 2016 (inclusive of projected time to close the case), consisting of fees in the amount of $4,785.00, and expenses in the amount of $500.00.

2. The Debtors previously paid counsel an expense retainer of $500 from which out-of-pocket expenses could be paid during the case. The residual balance of the expense retainer is $0.00.

3. Previously, counsel was paid the "no look" fee of $4,000 for services rendered in the case. A portion of the "no look" fee was paid by the Debtor as a prepetition retainer in the amount of $100, while the remaining balance of $3,900 is to be paid by the chapter 13 trustee through the Debtors' confirmed plan.

4. Additional legal fees in excess of the "no look" fee remain due and owing to McElrath Legal Holdings, LLC in the amount of $785.00. The remaining balance shall be paid as follows:

    a. Fees in the amount of $750 shall be paid by the chapter 13 trustee to the extent such fees are provided for in the Debtors' confirmed chapter 13 plan;

    b. Fees in the amount of $35.00 are voluntarily waived and/or deferred by the Applicant pursuant to the statements made in the *Application*.

5. The additional fees authorized by this *Order* may be paid through the Debtors' chapter 13 plan provided that the Debtors amend their plan within 14 days of the date of this *Order* to increase the plan payment by an amount sufficient to provide for the increased fees. The fees shall be paid from the Debtors' resources without decreasing the percentage or amount to be paid to other creditors through the plan.

BY THE COURT:

Dated: January 12, 2017

Thomas P. Agresti,
United States Bankruptcy Judge

vas

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Angela Applegarth  
    Debtor

Case No. 14-10097-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1      User: mgut      Page 1 of 1      Date Rcvd: Jan 12, 2017  
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2017.  
db        +Angela Applegarth,   870 N. Buhl Farm Dr.,   Hermitage, PA 16148-1556

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2017 at the address(es) listed below:  
      Andrew F Gornall   on behalf of Creditor   NATIONSTAR MORTGAGE LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
      James Warmbrodt   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
      Paul W. McElrath, Jr.   on behalf of Debtor Angela  Applegarth ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
      Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
                    TOTAL: 5