IN THE UNTED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Angela Applegarth, | : | Case No. 14-10097-TPA |
| | : | |
| | : | Chapter 13 |
| Debtor | : | |

*******************************************************************************

| | | |
|---|---|---|
| Angela Applegarth, | : | |
| | : | |
| | : | Related to Docket No. 87 |
| Movant | : | |
| | : | |
| vs. | : | Hearing Date and Time: |
| | : | |
| Ronda J. Winnecour, Esquire / | : | |
| Chapter 13 Trustee, | : | |
| | : | |
| Respondent | : | |
| | : | |

*******************************************************************************

## ORDER

**AND NOW**, this ___16th___ day of ___February___, 2018 upon consideration of the Debtors' Motion to Extend Time to Secure Automobile Financing, it is hereby ORDERED and DIRECTED as follows:

1. Within forty five (45) days from the date of this Order the Debtor may obtain automobile financing in order to purchase or lease either a new or used motor vehicle.

2. The vehicle financing shall be no greater than $25,000.00 inclusive of all taxes and fees, with a monthly payment no greater than $450.00.

3. Within sixty (60) days from the date of this Order, an amended Chapter 13 Plan shall be filed to include the payment for the newly purchased vehicle.

4. Within sixty (60) days from the date of this Order a report of purchase shall be filed with the Court.

BY THE COURT:

Thomas P. Agresti,
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Angela Applegarth  
    Debtor

Case No. 14-10097-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: mgut     Page 1 of 1     Date Rcvd: Feb 16, 2018  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2018.  
db        +Angela Applegarth,    870 N. Buhl Farm Dr.,    Hermitage, PA 16148-1556

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2018 at the address(es) listed below:  
       Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
       James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Paul W. McElrath, Jr.    on behalf of Debtor Angela    Applegarth ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
       TOTAL: 5