IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
3/21/19 11:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
　　ANGELA APPLEGARTH

　　　　Debtor(s)

Ronda J. Winnecour
　　　Movant
　　vs.
No Repondents.

Case No.:14-10097 TPA

Chapter 13

Document No. 97

ORDER OF COURT

　AND NOW, this 21st day of March, 2019, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT,

_____
U.S. BANKRUPTCY JUDGE

vas

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                             Case No. 14-10097-TPA
Angela Applegarth                                                  Chapter 13
        Debtor                     CERTIFICATE OF NOTICE
District/off: 0315-1        User: mgut              Page 1 of 2          Date Rcvd: Mar 21, 2019
                            Form ID: pdf900         Total Noticed: 35
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2019.
```
db              Angela Applegarth,    2017 Spangler Road,    Hermitage, PA  16148
cr              ECMC,    ECMC,    P.O. Box 16408,    St. Paul, MN  55116-0408
13818635       +100 CAMBRIDGE ST,    SUITE 1600,    BOSTON, MA 02114-2518
13785632       +Acs/Brazos,    501 Bleecker St,    Utica, NY 13501-2401
13785633       +Aes/Brazos/Us Bank,    Po Box 2461,    Harrisburg, PA 17105-2461
13785634       +American Education Svc,    Po Box 2461,    Harrisburg, PA 17105-2461
13799530       +Andrew F. Gornall, Esquire,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13785635      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America, N.A.,      4161 Piedmont Pkwy,    Greensboro, NC 27410)
13785636       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13785637       +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
14090206        ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
13785640       +Fnb Cons Disc Co,    156 S Broad St,    Grove City, PA 16127-1523
13785643       +Gmac Mortgage,    3451 Hammond Ave,    Waterloo, IA 50702-5300
13785644       +Hsbc/Gatwy,    Po Box 703,    Wood Dale, IL 60191-0703
13785645       +M&I Home Lending,    1901 Bell Ave Ste 15,    Des Moines, IA 50315-1067
13785646       +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13799535      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,    350 Highland Dr,    Lewisville, TX 75067)
13785648      ++NEXTIER BANK,    SPECIAL ASSETS,    245 PITTSBURGH RD,    BUTLER PA 16001-3883
               (address filed with court: Nextier Bank,    Po Box 250,    Evans City, PA 16033)
13799536       +Ocwen Loan Servicing,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
13785649       +Ocwen Loan Servicing L,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
13785650       +Ocwen Loan Servicing L,    3451 Hammond Ave,    Waterloo, IA 50702-5345
13785651       +P N C,    2730 Liberty Ave,    Pittsburgh, PA 15222-4704
13785652       +P S E C U,    Po Box 1006,    Harrisburg, PA 17108-1006
13785653       +Sears/Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
13785655       +Sky Bank,    119 E Fifth St,    East Liverpool, OH 43920-3030
13785656       +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13785657       +Us Dept Of Education,    Po Box 5609,    Greenville, TX 75403-5609
13785658       +Wffnatbank,    Po Box 94498,    Las Vegas, NV 89193-4498
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13806067       +E-mail/Text: bncmail@w-legal.com Mar 22 2019 03:00:41     ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
13789863        E-mail/Text: mrdiscen@discover.com Mar 22 2019 02:59:59     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13785638       +E-mail/Text: mrdiscen@discover.com Mar 22 2019 02:59:59     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13785641       +E-mail/PDF: gecsedi@recoverycorp.com Mar 22 2019 02:58:26      Gecrb/Banana,   Po Box 965005,
                 Orlando, FL 32896-5005
13785642       +E-mail/PDF: gecsedi@recoverycorp.com Mar 22 2019 02:58:27      Gecrb/Banana Rep,    Po Box 965005,
                 Orlando, FL 32896-5005
13798678        E-mail/Text: bankruptcynotices@psecu.com Mar 22 2019 03:00:58      PSECU,   P.O. Box 67013,
                 Harrisburg, PA  17106-7013
13785654       +E-mail/Text: ebnteam@sscu.net Mar 22 2019 03:00:55     Seven Seventeen Credit,
                 3181 Larchmont Ave Ne,    Warren, OH 44483-2498
                                                                                               TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE LLC
13799528*      +Aes/Brazos/Us Bank,    Po Box 2461,    Harrisburg, PA 17105-2461
13799529*      +American Education Svc,    Po Box 2461,    Harrisburg, PA 17105-2461
13785639*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Fia Csna,    Po Box 982235,    El Paso, TX 79998)
13799531*      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13799532*      +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13799533*      +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
13799534*      +Gecrb/Banana Rep,    Po Box 965005,    Orlando, FL 32896-5005
13785647*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage Ll,    350 Highland Dr,    Lewisville, TX 75067)
13870001*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,    ATTN: Bankruptcy Department,
                 P.O. Box 630267,    Irving, Texas 75063)
13799537*      +P S E C U,    Po Box 1006,    Harrisburg, PA 17108-1006
13799538*      +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
r             ##+Terri Persch,    Grove city Realty,    109 South Broad Street,    Grove City, PA 16127-1522
                                                                                  TOTALS: 1, * 11, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-1          User: mgut                Page 2 of 2                  Date Rcvd: Mar 21, 2019
                              Form ID: pdf900           Total Noticed: 35
```

          ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Angela  Applegarth ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 5